IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEFF COTNER                                                              PLAINTIFF

  v.                    Case No. 2:10-CV-02129

FOREST OIL CORPORATION                                                  DEFENDANT

### O R D E R

Currently before the Court is Plaintiff's Motion to Amend Complaint (doc. 8). Plaintiff seeks to amend his complaint to include a breakdown of the charges to Plaintiff's account he contends were withheld from his royalty check. Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2). The Court, being well and sufficiently advised, finds that the Motion should be **GRANTED.** Plaintiff is directed to immediately file his amended complaint, and Defendant shall have ten (10) days from the date of its filing to file any response. Further, the Motion to Dismiss (doc. 2) filed by Defendant in connection with Plaintiff's original complaint is DENIED AS MOOT.

IT IS SO ORDERED this 10th day of September 2010.

                                         /s/ Robert T. Dawson
                                       Honorable Robert T. Dawson
                                       United States District Judge