IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEFF COTNER, on behalf of himself
and all similarly situated persons                              PLAINTIFF

V.                    CIVIL NO. 10-2129

FOREST OIL CORPORATION                                          DEFENDANT

## **O R D E R**

Currently before the Court is Plaintiff's Motion for Non-Suit (doc. 12). Upon due consideration, Plaintiff's Amended Complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The parties are to bear their own fees and costs.

IT IS SO ORDERED this 15th day of September 2010.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge